IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| METRO WEST AMBULANCE SERVICE, INC., an Oregon corporation,<br><br>                                             Plaintiff,<br><br>    v.<br><br>ENDURANCE AMERICAN INSURANCE COMPANY, a Delaware corporation,<br><br>                                             Defendant. | Case No. 23CV21028<br><br>**DECLARATION OF SERVICE** |

I, Paul A. Mockford, declare as follows:

1.    I am an attorney for Plaintiff, Metro West Ambulance Service, Inc., in the above-entitled matter.

2.    I am over the age of 18 and not a party to this action.

3.    On May 25, 2023, my office deposited with the United States Postal Service true copies of the Summons and Complaint, via Certified U.S. Mail, Return Receipt Requested and via First Class U.S. Mail, addressed to Endurance American Insurance Company's registered agent for service of process, CT Corporation System, 780 Commercial Street SE, Suite 100, Salem, Oregon 97301. Attached as Exhibit 1 is a true and correct copy of the corresponding Certified U.S. Mail return receipt, indicating receipt of the documents on May 30, 2023.

PAGE 1 – DECLARATION OF SERVICE

PARSONS FARNELL & GREIN, LLP
Attorneys at Law
1030 SW Morrison Street
Portland, Oregon 97205
TELEPHONE (503) 222-1812 FAX: (503) 274-7979

1          4.      This declaration is made to establish service of process and notice pursuant to
2  ORCP 7D and 7F.
3          **I hereby declare that the above statements are true to the best of my knowledge**
4  **and belief, and that I understand it is made for use as evidence in court and is subject to**
5  **penalty for perjury.**
6          DATED: June 9, 2023.

7                                          PARSONS FARNELL & GREIN, LLP

9                                          By: s/ Paul A. Mockford
10                                             Paul A. Mockford, OSB No. 105729
                                               Email: pmockford@pfglaw.com
11                                             Telephone: (503) 222-1812
                                               Facsimile: (503) 274-7979
12                                             *Of Attorneys for Plaintiff*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

PAGE 2 – DECLARATION OF SERVICE

PARSONS FARNELL & GREIN, LLP
Attorneys at Law
1030 SW Morrison Street
Portland, Oregon 97205
TELEPHONE (503) 222-1812 FAX: (503) 274-7979



**Certified Mail service provides the following benefits:**

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

*Important Reminders:*

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt;* attach PS Form 3811 to your mailpiece;

for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).

- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form 3800, April 2015 (Reverse) PSN 7530-02-000-9047

**EXHIBIT B TO DAZER DECLARATION**
**Page 4 of 6**

**EXHIBIT 1**
**Page 2 of 4**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete Items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  Rylynn Poole    ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Rylynn Poole    MAY 30 2023 |
| 1. Article Addressed to:<br>ENDURANCE AMERICAN INSURANCE COMPANY<br>c/o CT Corporation System, Registered Agent<br>780 Commercial Street SE, Suite 100<br>Salem, OR 97301 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| 9590 9402 7421 2055 7462 05 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7021 1970 0001 8826 7348 | |

PS Form 3811, July 2020 PSN 7530-02-000-9053   11317.001  00051 PAM   Domestic Return Receipt

**EXHIBIT B TO DAZER DECLARATION**
**Page 5 of 6**

**EXHIBIT 1**
**Page 3 of 4**

